IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | Case No.  11-44970-abf13 |
| | ) | |
| BRAD DAMOND MAISCH | ) | SSN:   xxx-xx-0125 |
| ANGEL LYNN MAISCH | ) | SSN:   xxx-xx-3618 |
| Debtor. | ) | |

AMENDMENT TO CHAPTER 13 PLAN

**1.    PLAN PAYMENT**

Debtors shall pay $2,260 per month from future earnings to the Chapter 13 trustee, to start with their December, 2014 plan payment.

**ALL OTHER ITEMS SHALL REMAIN THE SAME.**

Dated:    November 6, 2014


BY:    /s/ Dana B. Wilders
    Attorney: Dana B. Wilders, MO 59703
    Attorney Address: 4550 Belleview KCMO 64111
    Attorney telephone number: 816-756-5800
    Attorney fax number: 816-756-1999
    dwilders@krigelandkrigel.com
    ATTORNEYS FOR DEBTORS

1